1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARINA GOLDMAN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, a business entity, form unknown; TRANSAMERICA LIFE GROUP, a business entity, form unknown; and DOES 1 through 15, Inclusive;<br><br>Defendants. | Case No. 2:22-cv-02372-TJH-MAAx<br><br>(Honorable Terry J. Hatter, Jr.)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE  [JS-6]**<br><br>[Concurrently filed with Stipulation]<br><br>Complaint Filed: March 10, 2022 |

## ORDER

Pursuant to the Stipulation of the Parties, the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: DECEMBER 20, 2022

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE